# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ERIKA MEZA-PENA**<br>akas: Erika M. Pena, Kandy G. Pena<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:12CR00078-01** |

Courtney Fein, Assistant Federal Defender
<u>Defendant's Attorney</u>

## THE DEFENDANT:

[✔]   admitted guilt to violation of charges <u>1, 2 and 3</u> as alleged in the violation petition filed on <u>2/10/2012</u> .

[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 | New Law Violation | 01/06/2012 |
| Charge 2 | Failure to Notify the Probation Officer within 72 hours of Arrest | 01/09/2012 |
| Charge 3 | Failure to Comply with Rules & Regulations of ICE | 01/06/2012 |

The court:  [✔] revokes the conditions of supervision heretofore ordered on <u>4/19/2006</u> .

The defendant is sentenced as provided in pages 1 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ____ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

March 28, 2012
Date of Imposition of Sentence

Signature of Judicial Officer

**KIMBERLY J. MUELLER**, United States District Judge
Name & Title of Judicial Officer

April 2, 2012
Date

AO 245B-CAED (Rev. 09/2011) - Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: | 2:12CR00078-01 |
| DEFENDANT: | ERIKA MEZA-PENA akas: Erika M. Pena, Kandy G. Pena |

Judgment - Page 2 of 2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 4 months to be served consecutive to her sentence in 2:12CR00021, for a total term of 34 months .

[✔]     The court makes the following recommendations to the Bureau of Prisons:
The court recommends that the defendant be incarcerated in Dublin, California; insofar, as this accords with security classification and space availability.

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
[ ]  at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
Deputy U.S.  Marshal